AO 91 (Rev. 11/11) Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

December 27, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _Myrna Gallegos_
DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | **EP-24-MJ-** _5111_ **-ATB** |
| Erwin ARRIAGA-Ibarra | ) | |
| AKA: Manuel AVILA-Diaz | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ December 25, 2024 _____ in the county of _____ El Paso _____ in the
_____ Western _____ District of _____ Texas _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1325 (a)(2) | did elude examination or inspection by Customs and Border Protection Officers, he being an alien to the United States. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_Brenda A. Marrufo_
Complainant's signature

Brenda A. Marrufo
CBP Enforcement Officer

Sworn to before me and signed in my presence.

Date: _____ December 27, 2024 _____

_Judge's signature_

City and state: _____ El Paso, Texas _____

Anne T. Berton
U.S. Magistrate Judge

Complaint sworn to telephonically on
December 27, 2024 at 1:21 PM and signed
electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

## FACTS

On or about December 25, 2024, the DEFENDANT, Erwin ARRIAGA-Ibarra, a native and citizen of Mexico, was apprehended by Customs and Border Protection Officers as he attempted to elude inspection by running northbound through the southbound walkway at the Paso Del Norte Port of Entry in El Paso, Texas located in the Western District of Texas.

CBP Officers gained control of the DEFENDANT by the roundabout located at the intersection of El Paso Street and 6th Street in El Paso, Texas. The DEFENDANT was then escorted into Passport Control Secondary (PCS) for further inspection.

In PCS, database queries revealed the DEFENDANT does not have documents that would allow him to enter, reside or be lawfully employed in the United States. The DEFENDANT's nationality was confirmed by the Mexican Identification Birth Records Database (CURP). The DEFENDANT was served with Form I-214 (Spanish Version), Warning of Rights, which he read, said he understood and invoked his right to legal counsel. All questioning ceased.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

## CRIMINAL AND IMMIGRATION RECORD

### CRIMINAL RECORD

None can be established at this time.

### IMMIGRATION RECORD

June 2024 – Visa Refusal

bef

# United States District Court
## Western District of Texas
## El Paso Division

## INITIAL APPEARANCE APPEARANCE ONLY

**Case Number: EP:24-M -05111(1) ATB**

| | |
|---|---|
| DEFENDANT'S NAME: | ATTY FOR DEFENDANT: |
| Erwin Arriaga-Ibarra | John Lee Granberg |

| | | | |
|---|---|---|---|
| JUDGE: | ANNE T. BERTON | AUSA: | Melissa-Rose Stafford |
| DEPUTY CLERK: | Myrna Gallegos | INTERPRETER: | ☐ Yes-SPANISH-T.McEneny  [X] No |
| COURT REPORTER: | ERO | PROB. OFFICER | |
| | | PRETRIL OFFICER: | |
| DATE: | December 27, 2024 | TIME: **7** Minutes | 4:49-4:56 P.M. |

## PROCEEDINGS                    DFT NO.              [DftNo1]        [DftNo2]

| | | | |
|---|---|---|---|
| [X] | INITIAL APPEARANCE HELD | X | ☐ |
| [X] | ARRAIGNMENT NOT HELD | X | ☐ |
| [X] | DFT INFORMED OF RIGHTS/oral consent to plea | X | ☐ |
| ☐ | GUILTY    DEFT [DftNo1] COUNT(S):    COMPLAINT | | |
| ☐ | GUILTY PLEA ACCEPTED BY THE COURT | ☐ | ☐ |
| ☐ | Information Filed On _____ | ☐ | ☐ |
| ☐ | Motion to Dismiss Complaint filed on _____ | ☐ | ☐ |
| ☐ | Court Grants Motion to Dismiss on _____ | ☐ | ☐ |
| ☐ | Order Dismissing Complaint entered on _____ | ☐ | ☐ |
| ☐ | Oral Motion by AUSA to Remit Special Assessment | ☐ | ☐ |
| ☐ | Oral Order Granting Oral Motion to Remit Special Assessment | ☐ | ☐ |
| ☐ | SENTENCING HELD: Defendant sentenced to  + One (1) business day; No Fine; S/A REMITTED. | | |

OTHER: **DEFENDANT DETAINED ON COURT'S MOTION.**
**DETENTION HEARING SET FOR MONDAY, JANUARY 6, 2025 @ 3:00 PM.**

(ORAL) As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings

# United States District Court

**Western District of Texas**
**El Paso Division**

FILED

Dec 27 2024

Clerk, U.S. District Court
Western District of

Texas

By: _____ *MG*

Deputy

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| vs. | § **No: EP:24-M -05111(1)  ATB** |
| | § |
| **(1) ERWIN ARRIAGA-IBARRA** | § |
| **AKA: Manuel Avila-Diaz** | § |
| *Defendant* | |

## ORDER APPOINTING COUNSEL

The above Defendant has testified under oath, or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Therefore, in the interests of justice, John Lee Granberg, is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of the Court.

It is, accordingly, so **ORDERED** this the 27th day of December, 2024.

_____
ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

# United States District Court

## Western District of Texas

### El Paso Division

**FILED**

December 27, 2024

Clerk, U.S. District Court
Western District of
Texas

By: _____*MG*_____
Deputy

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| vs. | § | **Case Number:  EP:24-M -05111(1) ATB** |
| | § | |
| **(1) ERWIN ARRIAGA-IBARRA** | § | |
| | § | |

*Defendant*

## ORDER SETTING  DETENTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for DETENTION HEARING in Magistrate Courtroom, Room 412, on the 4th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on:

<u>**Monday, January 06, 2025,  at 03:00 PM**</u>

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this **December 27, 2024.**

_____
ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE